UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In Re<br><br>GINO A. VALLEJO,<br><br>        Plaintiff.<br>_____/ | No. C-13-1055 EMC (pr)<br><br><br><br>**ORDER EXTENDING DEADLINE** |

    Plaintiff's request for an extension of time to file his complaint is **GRANTED**. (Docket # 4.) Plaintiff must file his complaint by **August 4, 2013** or this action will be dismissed without prejudice. Plaintiff also must pay the filing fee or file a completed *in forma pauperis* application by **August 4, 2013**, or this action will be dismissed without prejudice.

    IT IS SO ORDERED.

Dated: July 3, 2013

                                           _____<br>
                                           EDWARD M. CHEN<br>
                                           United States District Judge