**United States District Court**
For the Northern District of California

1
2
3
4
5                    UNITED STATES DISTRICT COURT
6                   NORTHERN DISTRICT OF CALIFORNIA
7
8   In Re                                     No. C-13-1055 EMC (pr)
9   GINO A. VALLEJO,
10              Plaintiff.                     **ORDER EXTENDING DEADLINE**
    _____/
11
12          Plaintiff's request for an extension of time to file his complaint is **GRANTED**.  (Docket # 4.)
13  Plaintiff must file his complaint by **August 4, 2013** or this action will be dismissed without
14  prejudice.  Plaintiff also must pay the filing fee or file a completed *in forma pauperis* application by
15  **August 4, 2013**, or this action will be dismissed without prejudice.
16
17          IT IS SO ORDERED.
18
19  Dated:  July 3, 2013
20
21                                            _____
                                              EDWARD M. CHEN
22                                            United States District Judge
23
24
25
26
27
28