UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

In Re                                                              No. C-13-1055 EMC (pr)

GINO A. VALLEJO,

        Plaintiff.                                      **ORDER OF DISMISSAL**

_____/

      This action was opened on March 7, 2013, when the Court received from Gino Vallejo a form complaining about the conditions of confinement at the California State Prison at Solano.  On that date, the Court notified Mr. Vallejo in writing that his action was deficient in that he had not attached a complaint and had not filed an *in forma pauperis* application.  The Court further notified him that this action would be dismissed if he did not submit a complaint and *in forma pauperis* application within twenty-eight days.  Mr. Vallejo requested and received an extension of the deadline, but never filed a complaint or an *in forma pauperis* application, and the extended deadline by which to do so has passed.  Accordingly, this action is **DISMISSED** without prejudice for failure to submit a pleading showing the Court has subject matter jurisdiction.

The clerk shall close the file.  No filing fee is due.

      IT IS SO ORDERED.

Dated: September 9, 2013

                                          _____
                                          EDWARD M. CHEN
                                          United States District Judge